# Exhibit A



# Service of Process Transmittal
07/08/2020
CT Log Number 537914009

| | |
|---|---|
| **TO:** | Melissa Gravlin<br>FCA US LLC<br>1000 Chrysler Dr Ofc of<br>Auburn Hills, MI 48326-2766 |
| **RE:** | **Process Served in California** |
| **FOR:** | FCA US LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jeffrey Sandoval, etc., Pltf. vs. Budget Rent A Car, et al. including FCA US LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Amendment to Complaint, Proof of Service |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Hill Street, CA<br>Case # BC712945 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 07/07/2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/08/2020 at 15:47 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Alexander J. Petale<br>Law Offices of Alexander J. Petale<br>504 S. Alvarado St. Ste 207<br>Los Angeles, CA 90057<br>213-413-5050 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/09/2020, Expected Purge Date: 07/14/2020<br><br>Image SOP<br><br>Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / BK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Wed, Jul 8, 2020 |
| Server Name: | DROP SERVICE |
| Location: | N/A, CA-LA |

| | |
|---|---|
| Entity Served | FCA US LLC |
| Agent Name | C T CORPORATION SYSTEM (C0168406) |
| Case Number | BC712945 |
| Jurisdiction | CA-LA |



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Budget Rent a car., and Does 1 to 50 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Jeffrey Sandoval, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 06 2018

Sherri R. Carter, Executive Officer/Clerk
By: _____, Deputy
Moses Soto

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles
111 N. Hill St. Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
BC712945

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alexander J. Petale, Esq 504 S. Alvarado St. Ste 207 Los Angeles, CA 90057 213-413-5050

DATE: July 6, 2018    JUL 06 2018    Clerk, by SHERRI R. CARTER    M. Soto    , Deputy
(Fecha)    (Secretario)    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alexander J. Petale,, Esq Bar No., 196632<br>Law Offices of Alexander J. Petale<br>504 S. Alvarado St. Ste 207<br>Los Angeles, CA 90057<br>TELEPHONE NO: 213-413-5050  FAX NO. (Optional): 213-413-5055<br>E-MAIL ADDRESS (Optional): petaleesq@gmail.com<br>ATTORNEY FOR (Name): Plaintiff, Jeffrey Sandoval | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 06 2018<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: _____, Deputy<br>Moses Soto |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Jeffrey Sandoval, an individual

DEFENDANT: Budget Rent a car., and

[✓] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [ ] OTHER (specify):
  [ ] Property Damage    [ ] Wrongful Death
  [✓] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: BC 712945

1. Plaintiff (name or names): Jeffrey Sandoval, an individual
   alleges causes of action against defendant (name or names):
   Budget rent a car., and does 1 to 50 inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Sandoval Vs. Budget rent a car., et al | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [✓] except defendant (name): DOE -1
      (1) [✓] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   c. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   b. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   d. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [✓] Doe defendants (specify Doe numbers): 1 TO 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [✓] Doe defendants (specify Doe numbers): 26 TO 50 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. [✓] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Sandoval Vs. Budget rent a car., et al | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [✓] Motor Vehicle
    b. [✓] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify)*:

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [✓] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [✓] property damage
    f. [✓] loss of earning capacity
    g. [✓] other damage *(specify)*:
       Pain and Suffering

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    MV-1, GN-1

Date: July 6, 2018

Alexander J. Petale, Esq
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 (Rev. January 1, 2007) — COMPLAINT—Personal Injury, Property Damage, Wrongful Death — Page 3 of 3

PLD-PI-001(5)

| SHORT TITLE: Sandoval Vs. Budget rent a car | CASE NUMBER: |
|---|---|

First _____ **CAUSE OF ACTION—Products Liability** Page _____
        (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Jeffrey Sandoval

Prod. L-1. On or about *(date):* 7/7/2016          plaintiff was injured by the following product:
When the left side wheel of his vehicle detached causing Plaintiff to lose control of his vehicle. Being badly jolted and thrown about inside the vehicle.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
 [✓] used in the manner intended by the defendants.
 [ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
 [ ] purchaser of the product.            [✓] user of the product.
 [ ] bystander to the use of the product.  [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
  a. [✓] manufactured or assembled the product *(names):*
      Dodge Co.
       [ ] Does  1  to  5
  b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
      Dodge Co.
       [✓] Does  6  to  10
  c. [✓] sold the product to the public *(names):*
      Dodge Co.
       [✓] Does  11  to  15

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
      Dodge Co.
       [✓] Does  16  to  20

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
      Dodge Co.
       [✓] Does  21  to  30
  a. [✓] who breached an implied warranty
  b. [ ] who breached an express warranty which was
       [ ] written   [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
       [ ] listed in Attachment-Prod. L-7  [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Sandoval vs. Budget Rent a car | CASE NUMBER: |
|---|---|

Second _____ **CAUSE OF ACTION—General Negligence** Page __5__
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Jeffrey Sandoval

alleges that defendant *(name):* Budget rent a car., and does 1 to 50 inclusive

☑ Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 7/7/2016
at *(place):* S. Peck Road ont West 10th Freeway

*(description of reasons for liability):*

On July 7, 2016 Plaintiff was driving a leased 2005 Metalic gray Dodge Challenger. Plaintiff was travelling south on Peck road Plaintiff came to a complete stop at the intersection with valley Blvd., the light turned green and Plaintiff proceeded to enter the ramp of West 10 freeway, when the left side wheel of his vehicle detached. This forced Plaintiff to lose control of his vehicle causing damages to his vehicle and himself. Defendant must be responsible for all damages, pain and suffering that Plaintiff incurred during this accident.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Alexander J. Petale, Esq<br>Law Office of Alexander J. Petale<br>504 S. Alvarado St Ste 207<br>Los Angeles, CA 90057<br>Telephone No.:(213)413-5050 | 196632 | |
| ATTORNEY FOR (Name): Plaintiff; Jeffrey Sandoval | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
Spring Street Courthouse 312 N Spring Street, Los Angeles, CA 90012

PLAINTIFF:
JEFFREY SANDOVAL

DEFENDANT:
BUDGET RENT A CAR

| AMENDMENT TO COMPLAINT<br>(Fictitious /Incorrect Name) | CASE NUMBER:<br>BC712945 |
|---|---|

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE- 1

and having discovered the true name of the defendant to be:

TRUE NAME
FCA US LLC

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| 02/10/20 | Alexander J. Petale | *[signature]* |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:

INCORRECT NAME

and having discovered the true name of the defendant to be:

TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

## ORDER

THE COURT ORDERS the amendment approved and filed.

_____                              _____
Dated                                                                  Judicial Officer

LASC LACIV 105 (Rev. 08/18)          **AMENDMENT TO COMPLAINT**          Code Civ. Proc., §§ 471.5,
For Optional Use                              (Fictitious / Incorrect Name)                472, 473, 474

## PROOF OF SERVICE BY MAIL

I am employed in the county of Los Angeles; I am over the age of 18 years and not a party to this action. The business address is 504 S. Alvarado St. Ste 207, Los Angeles, CA 90057.

On February 17, 2020, I served the documents described as: DUO AMENDMENT

Joseph O. Fitzerald, Esq
MACDONALD & CODY, LLP
28 Executive Park Third Floor
Irvine, CA 92614

**By Mail:** _XXX__, I deposited such envelopes in the mail at Los Angeles, California, 90028, the envelop was mailed with first class postage thereon, fully prepaid.

__XXX____, I am readily familiar with this firm's practice for collection and processing correspondence for mailing. Under that practice the above described documents would be deposited in the US Mail on that same day with postage thereon, first class, fully prepaid, in the ordinary course of business. I am aware that on motion of the party affected that service is presumed invalid if the postage meter date or postmark is more than one day after the date stated for deposit in the mail thereon.

By Personal Delivery, Handing a copy to:
_____, I caused to be delivered the above described documents, by hand to the address shown above on the date stated herein.

By FAX transmission
_____, I caused above described documents to be sent by Facsimile transmission to the following Attorneys/Parties at the following FAX Telephone numbers:

I declare, under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

Date: February 17, 2020                By: _____
                                            Claudia Vega

Joseph O. Fitzerald, Esq
MACDONALD & CODY, LLP
28 Executive Park Third Floor
Irvine, CA 92614