JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| JEFFREY SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUDGET RENT A CAR, FCA US LLC, and DOES 2 TO 50,<br><br>　　　　　Defendants. | Case No. LACV 20-7069 VAP (JEMx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order granting Defendant FCA US LLC's Motion to Dismiss Plaintiff's Complaint issued on September 3, 2020, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:　　9/17/2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1